UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SABRINA MELVIN, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>SECURITAS SECURITY SERVICES, )<br>)<br>Defendant(s). ) | Case No. 4:06CV203 RWS |

### MEMORANDUM AND ORDER

This matter is before me on Defendant's motion to dismiss. Plaintiff has filed an amended complaint which Plaintiff claims cures the defects raised in the motion. As a result, I will deny the motion without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss [#3] is **DENIED without prejudice**.

Dated this 3rd day of August, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE